NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DEVICOR MEDICAL PRODUCTS, INC.**

---

2011-1414
(Reexamination No. 90/008,824)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

Devicor Medical Products, Inc. moves for a 30-day extension of time, until December 13, 2011, to file its reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark P. Levy, Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK